UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                          Case No. 8:19-bk-01847-CPM
                                                                                Chapter 7

Jason Jeffrey Rockenbach

      Debtor.
_____/

**TRUSTEE'S RESPONSE TO
MOTION FOR RELIEF FROM AUTOMATIC STAY**

      COMES NOW, the Trustee, Carolyn R. Chaney, and responds to the Motion for Relief From Automatic Stay, filed at Doc. No. 11, and says:

      1.  The Trustee does not object to the relief sought in the motion; however requests the Court to delay the effective date of the Order lifting stay for a period of ninety (90) days in order to allow the Trustee the opportunity to market and sell the property utilizing the services of BK Global Real Estate Services.

DATED:  April 10, 2019.            /s/Carolyn R. Chaney, Trustee
                                   Post Office Box 530248
                                   St. Petersburg, FL  33747-0248
                                   Telephone:  (727) 864-9851
                                   Email:  carolyn.chaney@earthlink.net


**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by electronic or U.S. Mail delivery on April 10, 2019, to:

Office of U.S. Trustee, at USTPRegion21.TP.ECF@USDOJ.GOV
Debtors:  Jason Jeffrey Rockenbach, 10126 Somersby Drive, Riverview, FL  33578
Attorney for Debtor:  Robert M. Geller, Esquire, 807 W. Azeele Street, Tampa, FL  33606;
      Email: rmgbk@verizon.net
Attorney for Secured Creditor, Lindsey Savastano, Esquire, 2424 North Federal Highway, Suite
      360, Boca Raton, FL  33431; Email: Lsavastano@LOGS.com.


                /s/Carolyn R. Chaney, Esquire